UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIGUEL ROSAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY CAFÉ DINERS MORROW,<br>LLC; and GREEN WALLS, LLC;<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-3626-SCJ |

### D E F A U L T   J U D G M E N T

　　This action having come before the Court, Honorable Steve C. Jones, United States District Judge, on Plaintiff's Motion for Default Judgment against Defendants City Cafe Diners Morrow, LLC and Green Walls, LLC, and the Court having granted said motion, it is

　　**Ordered and Adjudged** that judgment is entered in favor of Plaintiff and against Defendants in the amount of $14,954.46. This includes $2,797.50 in unpaid wages and liquidated damages-minus the $1,550 already paid to Plaintiff-$13,022.50 in reasonable attorneys' fees, and $684.46 in costs.

Dated at Atlanta, Georgia this 20th day of October, 2017.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:　*s/Rebecca Spratt*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
　　October 20, 2017
James N. Hatten
Clerk of Court

By: *s/Rebecca Spratt*
　　　Deputy Clerk